# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 24, 2025

## NO. 03-23-00447-CV

**Dream Realty and Construction Corp., Appellant**

**v.**

**The Lin Family Revocable Trust Dated May 9, 2013, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, CRUMP, AND ELLIS
REVERSED AND REMANDED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the final judgment signed by the trial court on May 31, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's final judgment and remands the case to the trial court for further proceedings. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.